THOMAS HOVANESIAN ET AL. *v.* THE ZONING BOARD OF
APPEALS OF THE CITY OF NEW BRITAIN

The motion by the defendant to dismiss the appeal from the Court of Common Pleas in Hartford County is granted.

*Andrew S. Aharonian,* assistant corporation counsel, for the appellee (defendant).

*Daniel J. Hagearty, Jr.,* for the appellants (plaintiffs).

Argued October 7—decided October 7, 1969

The appellant filed a motion for reargument which was denied.

TRANSAMERICA INSURANCE COMPANY *v.* HORN
CONSTRUCTION, INC., ET AL.

The motion by the defendant Raymond W. Janson to dismiss the appeal from the Superior Court in Hartford County is granted.

*Charles W. Page,* for the appellee (defendant Janson).

Argued October 7—decided October 7, 1969

LOMAS AND NETTLETON COMPANY *v.* MARTIN B. GANT
ET AL.

The motion by the plaintiff to dismiss the appeal from the Superior Court in Fairfield County at Stamford is granted.

*Jules Lang,* for the appellee (plaintiff).

*William J. Egan,* for the appellants (defendants).